IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Regina Mae McCoy,

                    Plaintiff,

vs.

Commissioner of Social Security
Administration,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

No.  CV-25-02060-PHX-SPL

**ORDER**

Plaintiff filed a Complaint (Doc. 1), challenging the denial of her application for disability insurance benefits. The Honorable John Z. Boyle, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 23), recommending that the Court reverse the Administrative Law Judge's decision and remand for further proceedings. Judge Boyle advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to do so could be considered a waiver of the right to review (Doc. 23 at 9–10) (citing 28 U.S.C. § 636(b)(1), *U.S. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties have not filed objections and the time to do so has expired, relieving the Court of its obligation to review the R&R. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149–50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and

recommendation unless objections are filed."); *see also Reyna-Tapia*, 328 F.3d at 1121 ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will thus adopt the R&R.

**IT IS THEREFORE ORDERED** that Magistrate Judge Boyle's Report and Recommendation (Doc. 23) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of the Social Security Administration is **reversed and remanded for further proceedings**.

**IT IS FURTHER ORDERED** that Plaintiff's request for reinstatement of Medicare and removal of overpayment is **dismissed without prejudice**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment accordingly and terminate this case.

Dated this 10th day of April, 2026.

Honorable Steven P. Logan
United States District Judge

2